Dec-08-05   10:21am   From-U S Attorney's Office Civil Division   303 454 0404   T-300   P.003/004   F-870

RECEIVED OCT 2 7 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. ~~99-CR-311-WM~~ 99-CR-00311-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN LEE CAPLAN,

    Defendant,

and

REMAX ALLIANCE,

    Garnishee.

U STATES DISTRICT COU.
DENVER, COLORADO

DEC 16 2005

GREGORY C. LANGHAM
CLERK

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on October 3, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that garnishee was indebted to Defendant in the form of wages paid to the debtor.

On October 3, 2005, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of defendant's disposable wages to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or

control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, this 15TH day of December, 2005.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE